# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 09-10023 |
| ) | |
| **TEREESE M. BRANSCUMB,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

This matter is now before the Court on the Report and Recommendation entered by Magistrate Judge Jonathan E. Hawley. (ECF No. 53). On November 6, 2019, Judge Hawley held a hearing on Defendant's Motion for Early Termination of Supervised Release (ECF No. 47) and the government's Petition to Modify Conditions of Supervised Release (ECF No. 49). On November 12, 2019, Judge Hawley entered a Report and Recommendation. More than 14 days have elapsed since the Report and Recommendation was filed and no objections have been made. Fed. R. Crim. P. 59(b)(2). As a result, any such objections have been waived. *Id.*

The relevant procedural history was outlined in the comprehensive Report and Recommendation. (ECF No. 53, pp. 1-3). Regarding termination of supervised release, Judge Hawley found Defendant met two of the three factors which allow a Court to exercise discretion to terminate supervised release early; Defendant served at least one year of supervision, and the government was given notice and an opportunity to be heard. 18 U.S.C. § 3583(e)(1). Judge Hawley concluded Defendant failed to establish that termination was in the interest of justice based on the pertinent § 3553(a) factors and his conduct. 18 U.S.C. § 3583(1). Defendant has had repeated problems on supervised release since February 2015 and tested positive for marijuana as

recently as October 18, 2020. Therefore, Judge Hawley recommended that Defendant's Motion for Early Termination of Supervised Release be denied.

Judge Hawley also addressed the government's request to modify Defendant's conditions of supervised release to require him to complete a cognitive based therapy program and 60 days of home confinement due to his possession and use of marijuana. Judge Hawley noted that the Court previously modified Defendant's conditions with nearly identical terms, and after making those modifications, the Court revoked Defendant's supervision for possession and use of marijuana. Judge Hawley concluded that it would make little sense to modify his conditions in the same way again and expect a different result. Accordingly, Judge Hawley recommended that the government's Petition to Modify Conditions of Supervised Release be denied.

This Court concurs with Judge Hawley and adopts the Report and Recommendation [53] in its entirety. Defendant's Motion for Early Termination of Supervised Release [47] and the Petition to Modify Conditions of Supervised Release [49] are both DENIED.

Entered this 3rd day of December, 2019.

s/ Michael M. Mihm

Michael M. Mihm
United States District Judge